MILDRED D. BIER, Respondent, v. ELIAS BIER, Appellant.— Order modified as stated in order entered hereon, and as modified affirmed, without

costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.